AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Shulman)                                                                USAO CW No. 25-148

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Cristian Geovanni Rojas Benitez | ) | Case No. 25-mj-1315 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 23, 2025__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assaulting, resisting, or impeding certain officers or employees (see attached arrest warrant). |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

                                                                                s/John Agnew
*Complainant's signature*

John Agnew, HSI Special Agent
*Printed name and title*

Sworn to before me by telephone.

Date: 6/23/25                                                    /s/ Pamela A. Carlos
*Judge's signature*

City and state: Philadelphia, Pennsylvania          Honorable Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*